COMMONWEALTH of Pennsylvania, Respondent

v.

Amro Ayman ELANSARI, Petitioner

No. 865 MAL 2016

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal and Motion for Consideration are **DENIED.**